# United States District Court
## Violation Notice

CVB Location Code: 18

| Violation Number | Officer Name (Print) | Officer No. |
| --- | --- | --- |
| F 4085903 | FIELDS | 1927 |

F 4085903

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
| --- | --- |
| 10/15/14 1253 | 16 USC 551 36 CFR 261.10(b) |

Place of Offense: 16 USC 551 / 36 CFR 261.10(b) MM 4 Little Bear Creek Rd. Arapahoe-Roosevelt N.F.

Offense Description: Using National Forest System Lands for Residential Purposes

CVB Scan 10/22/2014

**DEFENDANT INFORMATION** Phone: ( ) -

[redacted]

| Last Name | First Name | M.I. |
| --- | --- | --- |
| MORAN | KEVIN | J. |

Street Address

[redacted]

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

ARREST

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 901 19th Denver CO

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 15, 2014 while exercising my duties as a law enforcement officer in the ______ District of Colorado

On October 15, 2014 at approximately 1245 hrs. I responded with Deputy Paul OSCKEL of the Clear Creek County Sheriff's Office to a previously reported suspicous teepee tent on National Forest. The area where the teepee was located was approximately 50 yards from Little Bear Road at Mile Marker 4 on the Arapaho Roosevelt National Forest.

Upon scene, I observed a light green Subaru Legecy bearing (CO) 411ITQ. I ran the vehicle for registration through the Clear Creek County Sheriff's Office. The registered owner came back as Kevin J. MORAN (D.O.B. 12-02-1977). During this time Deputy OSCKEL advised that he observed movement in the area of the teepee. He observed an individual that was identified as MORAN

Deputy OSCKEL and myself walked up the steep hill area to MORAN's location. While walking I. I asked MORAN if he had any firearms for my safety. MORAN advised he was pleading the 5th. Again I asked MORAN if he had any firearms. MORAN advised no. During this time MORAN kept on repeating that he was not going to speak to us and that he was going to Plead the 5th. I asked MORAN that I needed to investigate to see if he was camping legally on Forest. I asked MORAN if he had any identification. MORAN advised he was pleading the 5th. During this time Deputy OSCKEL advised that MORAN needed to provide identification. MORAN provided his drivers license.

I then asked MORAN how long he had been camping. MORAN advised a week. I advised MORAN that I had previously observed his vehicle in the same location several weeks ago. MORAN advised that that was 45 days ago. I then advised MORAN during my observations serveral weeks ago I observed his vehicle consistantly for several weeks in the same location. I further advised that MORAN was not able to camp longer then two weeks in the same location within a 60 day period.

I then asked MORAN where he was living at. MORAN advised here. I advised MORAN that he could not utilize Forest Lands for residential purposes. I then advised MORAN that either he could get a ticket and leave or leave. MORAN advised that "You are going to have to arrest me because I am not leaving". I advised MORAN that I was going to place him under arrest. I advised MORAN of his Miranda Rights while I placed him under arrest. I then searched MORAN twice for weapons and placed him in my marked patrol vehicle's cage.

I placed MORAN under arrest at 1253 hrs. I arrived at the jail at 1347 hrs. While at jail I provided MORAN a violation notice pursuant to 36 CFR 261.10(b) "Using National Forest System Land for Residential Purposes".

The foregoing statement is based upon:

- ✓ my personal observation ✓ my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/15/2014 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge