IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**NOTICE OF FUTURE COURT DATE**

**UNITED STATES OF AMERICA**
Plaintiff

**v.**

Kevin Moran
Defendant

______________________
Counsel for the Defendant

**TO THE ABOVE NAMED DEFENDANT:**
You are hereby advised that a future court hearing has been set in this case for the following:

Arrg - Status Hrg.

**You are advised that your attendance on this date is mandatory. Failure to appear may result in a warrant for your arrest and possible finding of contempt of court.**

APPEARANCE DATE: 12-11-14, at 10:00.

___ 212 North Wahsatch, Suite 101
Colorado Springs, CO 80903

✓ 901 19th Street, ctrm A502
Denver, CO 80294
Before MJ Watanabe

___ 1929 Stout St, ctrm ___
Denver, CO 80294
Before ___________

**I hereby acknowledge that I have received a copy of this notice:**

Defendant's Signature: [signature] (by [illegible])

Date: 11/13/14