IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2014 NOV 17 PM 3:33
JEFFREY P. COLWELL
CLERK
BY________ DEP. CLK

CASE NO. 4085903

UNITED STATES OF AMERICA,

Plaintiff,

v.

**KEVIN MORAN**,

Defendant.

---

## DEFENDANT'S MOTION FOR WAIVER OF APPEARANCE

---

COMES NOW the defendant Kevin Moran, by and through Assistant Federal Public Defender, Edward R. Harris, and respectfully requests this Honorable Court to permit him to not appear at: (1) the next court hearing, currently set for a status conference on December 11, 2014 at 10:00 a.m. and (2) at such further appearances as contemplated by Fed. R. Crim Proc. 43, including, *inter alia,* hearings on questions of law. *See* Fed. R. Crim Proc. 43(b)(3). In support of this motion, undersigned counsel states:

1. Defendant is charged with a B misdemeanor Living in the National Forest System for Residential Purposes. This matter is currently set for a status conference on December 11, 2014 at 10:00 a.m.

2. Defendant's living and financial situation does not allow him to stay in Denver during the winter months. Further, counsel expects to be filing constitutional challenges to this prosecution, including a motion to dismiss the case. The motion(s) will be legal and not evidentiary in nature and will not necessitate Defendant's appearance.

3. Counsel has discussed this motion with both his client. Defendant is aware that he has a right to be personally present in court but asks to be excused from the December status hearing and such other proceedings as contemplated by Rule 43, including specifically all hearings on the anticipated motions to dismiss.

4. Given the nature of this case, Defendant may waive his appearance with consent of the court. *See* Fed. R.Crim. Proc. 43(b)(2).

WHEREFORE, Defendant, through counsel, requests that this court permit him to: (1) not appear at the next court hearing, currently set for a status conference on December 11, 2014 at 10:00 a.m. and (2) not appear at such further appearances as contemplated by Fed. R. Crim Proc. 43, including, *inter alia,* hearings on questions of law. *See* Fed. R. Crim Proc. 43(b)(3).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Edward R. Harris
EDWARD R. HARRIS
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Edward.Harris@fd.org
Attorney for Defendant

Kevin Moran, Defendant
Date: 11/17/2014

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2014, I filed the foregoing with the Clerk of Court and will send notification of such filing to the following and I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, Court In-Box, etc.) indicated by participant's name:

| | |
|---|---|
| U.S. Attorney's Office | (via USDC Court In-Box) |
| Kevin Moran | (via Mail) |

EDWARD R. HARRIS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant