IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 4085903

UNITED STATES OF AMERICA,

Plaintiff,

v.

**KEVIN MORAN**,

Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court on Defendant's Motion for Waiver of Appearance, and having considered the same, the Court hereby grants the motion.

It is hereby ORDERED that Defendant's Motion for Waiver of Appearance, is GRANTED and that Defendant need not appear at: (1) the next court hearing, currently set for a status conference on December 11, 2014 at 10:00 a.m. and (2) at such further appearances as contemplated by Fed. R. Crim Proc. 43, including, *inter alia,* hearings on questions of law. *See* Fed. R. Crim Proc. 43(b)(3). ~~It is further ORDERED that to the extent that Defendant seeks to have his appearance waived at future appearances (post December 11, 2014), that defense counsel need not file additional motions.~~ MJW 11-21-14

DONE at Denver, Colorado on this the 21st day of November, 2014.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO