emailed to prost def on 1/5/14 ev

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 4085903

UNITED STATES OF AMERICA,

Plaintiff,

v.

**KEVIN MORAN**,

Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on Defendant's Second Motion for Waiver of Appearance, and having considered the same, the Court hereby grants the motion.

It is hereby ORDERED that Defendant's Motion for Waiver of Appearance, is GRANTED and that Defendant need not appear at the ~~next court hearing, currently set for a~~ status conference on January 8, 2015 at 10:00 a.m.

DONE at Denver, Colorado on this the 31st day of December, 2014.

BY THE COURT:

Boyd N. Boland

MAGISTRATE JUDGE