IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 15-po-07002-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN MORAN,

Defendant.

---

**ORDER OF DISMISSAL**

---

The Government's Motion to Dismiss [filed March 10, 2015; docket #21] is **granted**. The matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. The Clerk of the Court is directed to close this case.

Dated at Denver, Colorado this 11th day of March, 2015.

BY THE COURT:

Michael E. Hegarty

Michael E. Hegarty
United States Magistrate Judge